■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK ROGERS, Appellant. [881 NYS2d 311]—Appeal by the defendant from an amended judgment of the County Court, Nassau County (Reilly, J.), rendered April 18, 2007, convicting him of assault in the second degree and reckless endangerment in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to

withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Spolzino, J.P., Santucci, Angiolillo, Leventhal and Lott, JJ., concur.